Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich* (26 C. C. P. A. 292, C. A. D. 30) the hat and clothes brushes in question were held dutiable at only 50 percent under paragraph 1506 as claimed.

**No. 44464.**—Protests 977663–G, etc., of Border Brokerage Co., Inc. (Seattle).

Opinion by WALKER, J. On the record presented the protests were dismissed.

**No. 44465.**—Protest 18678–K of Economy Fertilizer Co. (Portland, Maine.).

Opinion by WALKER, J. On the record presented the protest was dismissed.

**No. 44466.**—Protest 757993–G of Anderson Motor Co. (San Francisco).

Opinion by WALKER, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44467.**—Protests 811803–G, etc., of Moss & Lowenhaupt Cigar Co. et al. (St. Louis).

Opinion by WALKER, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44468.**—Protest 814111–G of United Cigar Stores Delaware Corp. (New York).

Opinion by WALKER, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44469.**—Protests 26103–K, etc., of Gulf Oil Corp. et al. (New York).

Opinion by WALKER, J. On the records presented the protests were overruled.

BEFORE THE FIRST DIVISION, OCTOBER 8, 1940

**No. 44470.**—Protests 996874–G, etc., of Mitsui & Co. Ltd. (San Francisco).

Opinion by WALKER, J. It was stipulated that the fish liver oil in question is similar to that the subject of *Andrews* v. *United States* (T. D. 49190). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 44471.**—Protests 783560–G, etc., of Int'l Clearing House of N. Y. et al. (New York).

Opinion by WALKER, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44472.**—Protest 29859–K of James H. Rhodes & Co. (Boston).